## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANIEL LEE WILLIAMS, #000908165,    Plaintiff, | : : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| v. | : : | CIVIL ACTION NO. 1:15-CV-4202-WSD-CMS |
| COBB COUNTY ADULT DETENTION CENTER    Defendant. | : : : | |

## **FINAL REPORT AND RECOMMENDATION**

In early December 2015, this Court received a two-page letter [1] from Cobb County Adult Detention Center detainee Daniel Lee Williams that suggested he wished to file suit. Noting that Mr. Williams had neither paid the $400 due in case initiation fees, nor requested permission to proceed *in forma pauperis* ("IFP"), and that his letter, in any event, contained "too little information . . . , even liberally construed, to state a deliberate indifference to serious medical needs claim upon [which] relief might be granted," the undersigned issued an Order dated December 9, 2015, directing the Clerk to send Mr. Williams this Court's § 1983 complaint form and IFP affidavit form, and ordering Mr. Williams to fully complete and return those forms. [1] at *passim*. Mr. Williams was explicitly cautioned

that failure "to comply fully with a[] lawful order [might] result in dismissal."  *Id.* at 2.

Mr. Williams nonetheless removed pages from the IFP affidavit form and returned an incomplete copy that is missing the certified inmate account statement required by 28 U.S.C. § 1915(b).  *See* [4].

Accordingly, the undersigned **RECOMMENDS** that Mr. Williams's request for permission to proceed IFP be **DENIED WITHOUT PREJUDICE** and that this case be **DISMISSED WITHOUT PREJUDICE**.  *See* LR 41.3A(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED**, this 24th day of February, 2016.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE